IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 APR 13 P 3: 25

CLERK
S. _____ OF GA.

| | | |
|---|---|---|
| MICHAEL THOMAS ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-023 |
| | ) | |
| MEDICAL STAFF, Johnson State Prison; | ) | |
| MS. S. OLIVER, Nurse Practitioner; and | ) | |
| MS. LINDSEY, Nurse Practitioner, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion

and **DISMISSES** the Medical Staff at Johnson State Prison as a Defendant because Plaintiff

fails to state a claim against it upon which relief can be granted.  The Court also

**DISMISSES** any claims for relief in the form of immediate release and/or expungement of

Plaintiff's criminal record.  The case shall proceed against Defendants Oliver and Lindsey as

described in the Magistrate Judge's March 19, 2021 Order.  (See doc. no. 14.)

SO ORDERED this _13th_ day of April, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE