IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MICHAEL THOMAS ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-023 |
| | ) | |
| MS. SUSAN OLIVER, Nurse Practitioner, and MS. PAMELA LINDSEY, Nurse Practitioner, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion to dismiss, (doc. no. 26), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 1st day of March, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE